UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Kiel James Patrick LLC

　　　　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:18−cv−03777

　　　　　　　　　　　　　　　　　　　　　　　Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

　　　　　　　　　　　　　　　　　　　　　　　Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 12, 2018:

　　　　MINUTE entry before the Honorable Andrea R. Wood: Plaintiff has filed a notice of voluntary dismissal [56] dismissing without prejudice all remaining Defendants (i) who have not previously been dismissed, and (ii) against whom default judgment has not been entered. All such Defendants are hereby dismissed without prejudice. Accordingly, all claims as to all Defendants have now been resolved. This case is closed. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.